STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

Cloyd Benjamin
Attorney at Law
726-B Third St.
Natchitoches LA 71457

**REHEARING ACTION: May 15, 2013**

**Docket Number: 12   01360-CA**

**IN RE:**
**BOBBY HICKMAN**

**Appealed from Vernon Parish Case No. 85745**

**BEFORE JUDGES:**

**Hon. John D. Saunders**
**Hon. Billy Howard Ezell**
**Hon. Shannon J. Gremillion**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **City of Leesville** has this day been

**DENIED.**
Gremillion, J., would grant the rehearing.

cc: Mark Felipe Vilar, Counsel for the Appellant
    Aaron L. Green, Counsel for the Appellant
    Brian D. Cespiva, Counsel for the Appellee